**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**UNITED STATES OF AMERICA**

v.                                                            **Case No.  2:05-cr-109-FtM-29SPC**

**JUAN ANTONIO SANTOS-RIOS**

---

### REVOCATION OF SUPERVISED RELEASE
### AND JUDGMENT AND COMMITMENT

On August 18, 2006, Assistant United States Yolande Viacava, and the defendant, Juan Antonio Santos-Rios, with counsel, Martin DerOvanesian, Assistant Federal Public Defender, appeared before the Court.

On April 7, 2003,  the defendant appeared before the The Court of Judgment in the State of Esparta in the Republic of Venezuala and received a sentence of ten years imprisonment.  On September 27, 2005, Transfer of Jurisdiction was accepted by the United States District Court for the Middle District of Florida.   The Court finds, after hearing from counsel and the defendant, that the defendant has violated the terms of the Supervised Release as to violations *Three and Four* for the reasons stated in the Petition and on the record.

It is, therefore, **ORDERED  AND ADJUDGED:**

The Superceding Petition (Doc. #11) is **GRANTED.**

1.      Supervised Release is **REVOKED** and the defendant **Juan Antonio Santos-Rios** is hereby committed to the custody of the Bureau of Prisons or its authorized representative for **IMPRISONMENT** for a period of **Six Months** , or  until the defendant is otherwise discharged as provided by law.

2.      A term of **18 Months supervised release is reimposed**.

3.      The defendant shall refrain any unlawful use of a controlled substance,  and shall participate, as directed by the Probation Office, in a program for the treatment of

narcotic addiction or drug or alcohol dependency.   This program (inpatient or outpatient) may include testing for the detection of substance use or abuse.  Further, the defendant shall be required to contribute to the costs of services for such treatment, which should not exceed an amount determined reasonable by utilizing the Probation Office's sliding scale for substance abuse treatment services. The defendant  shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter as directed by the probation officer.    Based on the Court's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year.

4.      Violations One and Two  in the Superceding Petition are dismissed upon the motion of the government.

5.      The Court recommends that the defendant participate in drug counseling while incarcerated.

6.      The defendant, **Juan Antonio Santos-Rios** ,  is **REMANDED** to the custody of the United States Marshal Service to await designation of sentence.

It is further **ORDERED** that the Clerk deliver a certified copy of this Revocation of Supervised Release and Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

**DONE** and **ORDERED** at Fort Myers, Florida this )8th day of August, 2006.


JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record
        U.S. Marshal
        Probation

-2-